UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELETTE WARING-STARNES,

                    Plaintiff,

          - against -

THE JERICHO PROJECT,

                    Defendant.

---

26-cv-2137 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 19, 2026.**

SO ORDERED.

Dated:      New York, New York
            June 5, 2026

                                        _____
                                          John G. Koeltl
                                        **United States District Judge**