UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELETTE WARING-STARNES,
Plaintiff(s)

26 civ 2137 (JGK)

-against-

THE JERICHO PROJECT,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, July 29, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026